UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHANSON TRANSPORTATION SERVICE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SHELBY TRANSPORTATION, INC.,<br><br>　　　　Defendant. | Case No. 24-cv-02959-EMC<br><br>**ORDER RE SERVICE OF PROCESS** |

　　Plaintiff has sued Defendant for breach of contract and liability under the Carmack Amendment. *See* 49 U.S.C. § 14706. After the Clerk of the Court entered Defendant's default, *see* Docket No. 16 (notice), Plaintiff filed a motion for a default judgment. *See* Docket No. 18 (motion). That motion is currently set for hearing on January 23, 2025. *See* Docket No. 19 (notice).

　　In advance of that hearing, the Court orders Plaintiff to provide supplemental briefing addressing service of process of the summons and complaint on Defendant. The proof of service indicates that Defendant's owner (identified only as "Brandon Y.") was personally served at 2476 Overland Ave., Fl. 3, Los Angeles, CA 90064. *See* Docket No. 12 (proof of service). However, the contract between Plaintiff and Defendant lists a different address for Defendant: 225 Union Blvd., Suite 150, Lakewood, CO 80228. *See* Docket No. 18 (Caeton Decl., Ex. A) (Agreement for Motor Carrier Services). Plaintiff's counsel has communicated with Defendant at two different addresses: the Colorado address identified above, *see* Docket No. 18 (Alsheikh Decl., Ex. A) (letter dated January 31, 2024), and 649 Mission St., 5th Fl., San Francisco, CA 94105. *See* Docket No. 18 (Alsheikh Decl., Ex. B) (letter dated October 9, 2024). Plaintiff's complaint also

refers to Defendant as a California corporation located at the San Francisco address.

Can Plaintiff identify the proper address for Defendant, explain the different addresses listed above (Los Angeles address, Colorado address, and San Francisco address), and explain why service of process was properly effected on Defendant?

The supplemental brief (and any accompanying evidence) shall be filed within a week of the date of this order.

**IT IS SO ORDERED**.

Dated: December 6, 2024

_____
EDWARD M. CHEN
United States District Judge